

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-07-00162-CR
_____

GUNNAR ERIC AUSTIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd Judicial District Court
Bowie County, Texas
Trial Court No. 07F0245-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Gunnar Eric Austin[1] has appealed from his conviction by a jury for the offense of endangering a child. *See* TEX. PENAL CODE ANN. § 22.041 (Vernon 2003). The jury found the enhancement paragraphs "true" and assessed Austin's punishment at five years' imprisonment, to run concurrently with his conviction for evading arrest.[2]

Because the issues raised in this appeal are identical to the issues raised in the companion appeal, for the reasons stated in our opinion dated this day in *Austin v. State*, cause number 06-07-00161-CR, we affirm the judgment of the trial court.

                                    Josh R. Morriss, III
                                    Chief Justice

Date Submitted:      November 4, 2008
Date Decided:        November 18, 2008

Do Not Publish

---

[1]Austin's first name as listed on the judgment is "Gunner." However, he testified at trial that the correct spelling of his first name is "Gunnar."

[2]Austin has appealed this conviction in a companion appeal before this Court in cause number 06-07-00161-CR.